IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 3:13-00051 |
| | ) | CHIEF JUDGE HAYNES |
| KENNETH WARD, JEANIN DIESTERHOFT, | ) | |
| JOSHUA THOMAS SLIZOSKI and | ) | |
| DWAYNE JOHN BELLINI, | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

Upon review of the file, I hereby recuse myself in the above-styled action. This case shall be returned to the Clerk for reassignment.

It is so **ORDERED**.

**ENTERED** this the 15th day of April, 2013.

WILLIAM J. HAYNES, JR.
Chief Judge
United States District Court