UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | NO. 3:13-00051 |
| ) | JUDGE SHARP |
| KENNETH WARD ) | |
| JEANIN DIESTERHOFT ) | |
| JOSHUA THOMAS SLIZOSKI ) | |
| DEWAYNE JOHN BELLINI ) | |

**O R D E R**

Pending before the Court is SEALED MOTION (Docket No. 62).

The motion is GRANTED and a status conference in this matter is hereby scheduled for Wednesday, July 24, 2013, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE