UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE - NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | No. 3:13-00051 |
| | ) | JUDGE SHARP |
| JOSHUA SLIZOSKI | ) | |

## MOTION FOR AN ASSOCIATE ATTORNEY

Defendant, Joshua Slizoski, by and through undersigned counsel, hereby moves this Honorable Court for services of an associate attorney pursuant to CJA Guidelines § 230.53.10(b). Specifically, Defendant seeks immediate approval of funding for the services of an associate attorney. Counsel for the Defendant would show as follows:

1. The Defendant is indigent and undersigned counsel has been appointed to represent him in this matter.

2. Defendant is charged with Conspiracy to manufacture, possession with intent to distribute anabolic steroids, which exposes Defendant to a 10 year sentence; Conspiracy to possess and distribute human growth hormone, which exposes Defendant to a 10 year sentence; and smuggling human growth hormone and misbranded drugs into the United States, which exposes Defendant to a 20 year sentence. The matter involves four co-defendants.

3. Associate attorney services are vital in this matter to provide effective assistance of counsel, and to adequately prepare a defense.

4. Associate attorney assistance is necessary to assist counsel as follows:

    - Organization of all records, court pleadings, transcripts, documents, exhibits, potential exhibits, and evidence;